# U. S. District Court
## Western District of Arkansas (Harrison)
## CIVIL DOCKET FOR CASE #: 3:10−cv−03086−RTD
*Internal Use Only*

| | |
|---|---|
| Stebbins v. Wal−Mart Stores, Inc. | Date Filed: 09/14/2010 |
| Assigned to: Honorable Robert T. Dawson | Jury Demand: None |
| Cause: 28:794 Rehabilitation Act | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Stebbins**     represented by     **David Stebbins**
1407 N. Spring Rd.
Apt #5
Harrison, AR 72601
870−204−6024
PRO SE

V.

**Defendant**

**Wal−Mart Stores Arkansas LLC**     represented by     **Jeffrey L. Spillyards**
*also known as*
Wal−Mart Stores, Inc.
Mitchell, Williams, Selig, Gates
&Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688−8800
Fax: (501) 688−8807
Email: jspillyards@mwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/14/2010 | 1 | | COMPLAINT against Wal−Mart Stores, Inc., filed by David Stebbins.(lw) (Entered: 09/14/2010) |
| 09/14/2010 | 2 | | MOTION for Leave to Proceed in forma pauperis and MOTION for Service by David Stebbins. (lw) (Entered: 09/14/2010) |
| 09/14/2010 | | | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable Erin L. Setser.(lw) (Entered: 09/14/2010) |
| 09/14/2010 | 3 | | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Further, plaintiff is advised that he has an |

| | | | |
|---|---|---|---|
| | | | obligation to keep the Court informed of any changes in his address. If he fails to do so and the Court receives returned mail, the case will be subject to dismissal. Signed by Honorable Erin L. Setser on September 14, 2010. (lw) (Entered: 09/14/2010) |
| 09/14/2010 | | | MOTIONS REFERRED: 2 MOTION for Service. Motions referred to Honorable James R. Marschewski.(lw) (Entered: 09/14/2010) |
| 10/01/2010 | 4 | | MOTION to Amend 1 Complaint by David Stebbins. (jas) (Entered: 10/01/2010) |
| 10/07/2010 | 5 | | ORDER granting 4 Motion to Amend. Plaintiff is directed to file his amended complaint within (10) days. Signed by Honorable Robert T. Dawson on October 7, 2010. (lw) (Entered: 10/07/2010) |
| 10/15/2010 | 6 | | AMENDED COMPLAINT as to 1 Complaint against Wal−Mart Stores, Inc., filed by David Stebbins. (lw) Modified on 10/15/2010 to edit document (lw). (Entered: 10/15/2010) |
| 10/27/2010 | 7 | | ORDER granting 2 Motion for Service and DIRECTING SERVICE on Wal−Mart Stores, Inc. Defendant is to answer within 21 days from the date of service. Signed by Honorable James R. Marschewski on October 27, 2010. (cc: U.S. Marshals Service−Certified)(lw) (Entered: 10/27/2010) |
| 10/27/2010 | | | (1) USM−285 Form Delivered to USMS re 7 Order on Motion for Service. (lw) (Entered: 10/27/2010) |
| 11/04/2010 | 8 | | MOTION to Appoint Counsel by David Stebbins. (sh) (Entered: 11/04/2010) |
| 11/04/2010 | 9 | | ***DISREGARD SEE DOCUMENT 8 *** MOTION to Appoint Counsel by David Stebbins. (sh) Modified on 11/5/2010 to add text (lw). (Entered: 11/04/2010) |
| 11/04/2010 | | | TEXT ONLY ORDER REFERRING MOTIONS: 9 MOTION to Appoint Counsel filed by David Stebbins, 8 MOTION to Appoint Counsel filed by David Stebbins referred to United States Magistrate Judge Erin L. Setser for disposition or recommendation, whichever is appropriate. Signed by Honorable Robert T. Dawson on November 4, 2010. (ke) (Entered: 11/04/2010) |
| 11/04/2010 | | | TEXT ONLY MOTION for Service by David Stebbins. See Document 8 . (lw) (Entered: 11/05/2010) |
| 11/04/2010 | | | MOTIONS REFERRED: MOTION for Service. See Text only Order dated 11/4/10. Motions referred to Honorable Erin L. Setser.(lw) (Entered: 11/05/2010) |
| 11/12/2010 | 10 | | SUMMONS Returned Executed by David Stebbins. Wal−Mart Stores, Inc. served on 10/29/2010, answer due |

| Date | # | | Description |
|---|---|---|---|
| | | | 11/19/2010. (Attachments: # 1 Green Card)(lw) (Entered: 11/12/2010) |
| 11/15/2010 | 11 | | MOTION for Declaratory Judgment by David Stebbins. (lw) (Entered: 11/15/2010) |
| 11/16/2010 | 12 | | MOTION to Withdraw 11 MOTION for Declaratory Judgment by David Stebbins. (lw) (Entered: 11/17/2010) |
| 11/16/2010 | 13 | | ORDER REFERRING MOTION: 11 MOTION for Declaratory Judgment filed by David Stebbins. Signed by Honorable Robert T. Dawson on November 16, 2010. Motions referred to Erin L. Setser.(lw) (Entered: 11/17/2010) |
| 11/17/2010 | | | MOTIONS REFERRED: 12 MOTION to Withdraw 11 MOTION for Declaratory Judgment. Motions referred to Honorable Erin L. Setser per chambers.(lw) (Entered: 11/17/2010) |
| 11/17/2010 | 14 | | *Answer to Plaintiff's Original Complaint and* ANSWER to 6 Amended Complaint by Wal–Mart Stores, Inc..(Spillyards, Jeffrey) (Entered: 11/17/2010) |
| 11/17/2010 | | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendant Wal–Mart Stores, Inc. Answer to Amended Complaint 14 lists multiple attorneys appearing for the filer. The following attorneys, who did not sign the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case: **Marshall Ney and Kathlyn Graves**. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED. (lw) (Entered: 11/18/2010) |
| 01/05/2011 | 15 | | ORDER finding the matters should be consolidated for all future purposes, including trial and all future pleadings shall be filed under one case number, Case No. 10–3086, and Case No. 10–3123 is dismissed. Signed by Honorable Robert T. Dawson on January 5, 2011. Associated Cases: 3:10–cv–03123–RTD(rw) (Entered: 01/05/2011) |
| 01/07/2011 | 16 | | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to be held by 2/21/2011. Rule 26(f) Meeting Report due by 3/18/2011. Bench Trial set for the week of 12/19/2011 in Harrison –– 2nd flr (Rm 231) before Honorable Robert T. Dawson. Signed by Honorable Robert T. Dawson on January 7, 2011. (ke) (Entered: 01/07/2011) |
| 02/15/2011 | 17 | | Suggestion in Support of Motion to Confirm Arbitration Award by David Stebbins. (src) (Entered: 02/15/2011) |
| 02/15/2011 | 18 | | Letter from Clerk to Mr. Stebbins regarding filing. (src) (Entered: 02/15/2011) |
| 02/18/2011 | 19 | | MOTION to Correct Judicial Error by David Stebbins. |

| | | | |
|---|---|---|---|
| | | | (Attachments: #1 Amended Complaint/Motion to Confirm Arbitration Award, #2 Letter from Spillyards)(src) (Entered: 02/18/2011) |
| 02/22/2011 | | | TEXT ONLY ORDER REFERRING MOTION: 19 MOTION to Amend/Correct filed by David Stebbins. Signed by Honorable Robert T. Dawson on February 22, 2011. Motions referred to Erin L. Setser.(ms) (Entered: 02/22/2011) |
| 02/22/2011 | 20 | | RENEWED MOTION to Confirm Arbitration Award re 19 MOTION to Amend/Correct by David Stebbins. (Attachments: #1 Exhibit, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit)(jas) (Entered: 02/22/2011) |
| 02/22/2011 | | | TEXT ONLY ORDER REFERRING MOTION: 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct filed by David Stebbins. Signed by Honorable Robert T. Dawson on February 22, 2011. Motions referred to Erin L. Setser.(ms) (Entered: 02/22/2011) |
| 02/23/2011 | 21 | | MOTION for ECF and pacer account by David Stebbins. (rw) (Entered: 02/23/2011) |
| 02/28/2011 | 22 | | MOTION for Partial Summary Judgment *Related to Arbitration Claim* by Wal−Mart Stores, Inc.. (Attachments: #1 Exhibit 1, #2 Exhibit 2)(Spillyards, Jeffrey) (Entered: 02/28/2011) |
| 02/28/2011 | 23 | | MEMORANDUM BRIEF in Support of 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 02/28/2011) |
| 02/28/2011 | 24 | | STATEMENT OF FACTS in support of 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 02/28/2011) |
| 02/28/2011 | | | TEXT ONLY ORDER REFERRING MOTION: 21 MOTION for ECF and pacer account filed by David Stebbins, 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by Wal−Mart Stores, Inc.. Signed by Honorable Robert T. Dawson on February 28, 2011. Motions referred to Erin L. Setser.(ms) (Entered: 02/28/2011) |
| 03/01/2011 | | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendant Wal−Mart Stores, Inc.. Motion for Partial Summary Judgment 22 lists multiple attorneys appearing for the filer. The following attorney(s), who did not sign the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of |

| | | | |
|---|---|---|---|
| | | | future activity in the case: **Marshall Ney, Katheryn Graves**. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED. (sh) (Entered: 03/01/2011) |
| 03/01/2011 | 25 | | RESPONSE to Motion re 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct *and Incorporated Brief in Support* filed by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 03/01/2011) |
| 03/03/2011 | 26 | | RESPONSE in Opposition re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by David Stebbins. (src) (Entered: 03/03/2011) |
| 03/04/2011 | 27 | | SUPPLEMENT by Plaintiff David Stebbins to 26 Response in Opposition to Motion. (src) (Entered: 03/04/2011) |
| 03/08/2011 | 28 | | REPLY to Response to Motion re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 03/08/2011) |
| 03/10/2011 | 29 | | REPLY to Defendants' Suggestion, re 23 Memorandum Brief in Support, by David Stebbins. (lw) (Entered: 03/10/2011) |
| 03/10/2011 | 30 | | REPLY to Defendants' Suggestion in Support by David Stebbins re 23 Memorandum Brief in Support. (lw) (Entered: 03/10/2011) |
| 03/15/2011 | 31 | | SUPPLEMENT by Defendant Wal−Mart Stores, Inc. to 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim*. (Attachments: # 1 Exhibit A−Letter from David Stebbins)(Spillyards, Jeffrey) (Entered: 03/15/2011) |
| 03/18/2011 | 32 | | REPLY by David Stebbins re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim*. (lw) (Entered: 03/18/2011) |
| 03/18/2011 | 33 | | REPORT of Rule 26(f) Planning Meeting by Wal−Mart Stores, Inc.. (Attachments: # 1 Exhibit A−Letter to Mr. Stebbins, # 2 Exhibit B−Letter from Mr. Stebbins)(Spillyards, Jeffrey) (Entered: 03/18/2011) |
| 03/21/2011 | 34 | | Second REPLY to Response to Motion re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by David Stebbins. (src) (Entered: 03/21/2011) |
| 04/11/2011 | 35 | | Suggestion in Support of Motion to Confirm Arbitration Award by David Stebbins (src) (Entered: 04/11/2011) |
| 04/11/2011 | 36 | | Withdrawal of 35 Suggestion in Support of Motion to Confirm Arbitration Award by David Stebbins (src) (Entered: 04/11/2011) |
| 04/12/2011 | 37 | | |

| | | | |
|---|---|---|---|
| | | | ORDER; directing clerk to note proper name of defendant on the docket sheet. Signed by Honorable Erin L. Setser on April 12, 2011. (lw) (Entered: 04/12/2011) |
| 04/12/2011 | 38 | | ORDER denying 8 Motion to Appoint Counsel ; withdrawing 11 Motion for Declaratory Judgment; granting 12 Motion to Withdraw Motion; denying as moot 19 Motion to amend/correct; denying 21 Motion for ECF Account. Signed by Honorable Erin L. Setser on April 12, 2011. (src) (Entered: 04/12/2011) |
| 04/14/2011 | 39 | 8 | REPORT AND RECOMMENDATIONS re 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct filed by David Stebbins, 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by Wal–Mart Stores, Inc. Objections to RRdue by 5/2/2011. Signed by Honorable Erin L. Setser on April 14, 2011. (lw) Modified on 4/15/2011 to edit Judge(lw). (Entered: 04/14/2011) |
| 04/18/2011 | 40 | | OBJECTION to 39 Report and Recommendations by David Stebbins. (Attachments: # 1 Exhibit A Walmart.com page, # 2 Exhibit B Message board)(src) (Entered: 04/18/2011) |
| 04/20/2011 | 41 | 13 | ORDER adopting 39 Report and Recommendations in its entirety. Further denying 20 Renewed Motion to Confirm Arbitration Award; granting 22 Motion for Partial Summary Judgment Related to Arbitration Claim. Signed by Honorable Robert T. Dawson on April 20, 2011. (lw) (Entered: 04/20/2011) |
| 04/20/2011 | 42 | | SUPPLEMENT by Plaintiff David Stebbins to 40 Objection to Report and Recommendations. (src) (Entered: 04/20/2011) |
| 04/21/2011 | 43 | | Suggestion in Support of 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct by David Stebbins. (src) (Entered: 04/21/2011) |
| 04/26/2011 | 44 | | MOTION for Reconsideration re 41 Order on Report and Recommendations, Order on Motion for Miscellaneous Relief, Order on Motion for Partial Summary Judgment by David Stebbins. (src) (Entered: 04/26/2011) |
| 04/26/2011 | 45 | | MEMORANDUM BRIEF in Support of 44 MOTION for Reconsideration re 41 Order on Report and Recommendations by David Stebbins. (Attachments: # 1 Exhibit A)(src) (Entered: 04/26/2011) |
| 04/29/2011 | 46 | | MOTION to Confirm Arbitration Award by David Stebbins. (src) (Entered: 04/29/2011) |
| 04/29/2011 | 47 | | MEMORANDUM BRIEF in Support of 46 MOTION to Confirm Arbitration Award by David Stebbins. (src) |

| | | | |
|---|---|---|---|
| | | | (Entered: 04/29/2011) |
| 04/29/2011 | 48 | 14 | NOTICE OF APPEAL as to 41 Order on Report and Recommendations, Order on Motion for Miscellaneous Relief, Order on Motion for Partial Summary Judgment by David Stebbins. (cc via CM/ECF: Jeffrey L. Spillyards, via U.S. Postal Service: David Stebbins) (Attachments: # 1 Motion and Affidavit for Permission to Appeal In Forma Pauperis, previous IFP granted 9/14/10)(lw) (Entered: 04/29/2011) |
| 04/29/2011 | 49 | | APPEAL NOTICE to Counsel and Pro Se Parties re 48 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 04/29/2011) |
| 04/29/2011 | 50 | 20 | NOA SUPPLEMENT FORM re 48 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 04/29/2011) |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                   PLAINTIFF

v.                                    Civil No. 10-3086

WAL-MART STORES ARKANSAS, LLC                                              DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, David Stebbins, filed this action pursuant to the provisions of the Rehabilitation Act, 29 U.S.C. §§ 791-794. Plaintiff's motion to confirm arbitration (Doc. 20) and Defendant's motion for partial summary judgment (Doc. 22) with respect to the arbitration claim are before me for issuance of this report and recommendation. The parties have also filed a number of responses, supplements, and reply briefs on the issue (Docs. 25-32 & 34).

### 1. Background

According to the allegations of the complaint, Plaintiff, who has Asperger Syndrome, applied for a variety of jobs at the Wal-Mart Store in Harrison, Arkansas, during August of 2010. As part of the application process, Plaintiff was required to undergo a computerized "assessment." Plaintiff maintains the assessment, in particular, the questions regarding customer interaction, have a disparate impact on individuals with Asperger Syndrome. Plaintiff asserts that tactlessness and social awkwardness are signature traits of Asperger Syndrome.

Plaintiff indicates he "failed" the assessment but would not have done so if the customer interaction questions were not considered. Plaintiff asserts there are a number of jobs at Wal-Mart that do not involve customer interaction that he was qualified for including a janitor or night shelf-

-1-

stocker.

On November 8, 2010, Plaintiff sent an e-mail to Wal-Mart Customer Service which he maintains constitutes a formal offer to arbitrate the employment discrimination dispute. The language of the "offer" states in relevant part as follows:

> Notice to companies
>
> My name is David Anthony Stebbins, and I live in Harrison, AR. I am sending a link to this webpage to various companies to put you on notice. If you contact me in any way, shape, or form, you hereby acknowledge that you have read, understand, and agree to be legally bound by the terms below.
>
> . . .
>
> You hereby agree that you, as well as any principal or employer that you are acting on behalf of, will initially attempt to settle all legal disputes, even those not relating to this contract by semi-binding arbitration using the services of www.net-arb.com, where you are bound but I am not.

Exhibit B pg. 1 (Doc. 20).

On November 17th, Wal-Mart Customer Care responded:

> Thank you for your recent correspondence. Your message has reached the office that exclusively assists with customer-related matters. In order to obtain the best assistance with your associate/open door issue, we would suggest contacting your Market Manager . . . .

Id. at pg. 2.

On November 21st, Plaintiff responded:

> Apparently, you weren't aware of this, so here it is:
>
> On November 8, 2010, I sent you a formal contract offer, via email. The email stated that, if you initiate communications with me, or if I initiate communications with you, and you entertain said attempt to communicate, you are bound by that contract.
>
> You accepted that offer on November 11, 2010, when I purchased a gallon of milk from you, using a paper check. This check had my name and street address on it, so you knew who I was. Also, your employees asked me to see my ID, and I showed

them my driver's license, so you had every opportunity to know who I was, then.

Here is the contract that you entered into with me:

http://www.myspace.com/fayettevillesdavid/blog/540490442

So, now, we must hold all legal disputes via arbitration, whether you like it or not!

Id. at pg. 3.  On November 24th, Wal-Mart sent Plaintiff an e-mail identical to the one sent on November 17th.  Id. at pg. 4.

Thereafter, Plaintiff registered with net-ARB, an online arbitration service.  Id. at pg. 5.  Net-ARB sent an e-mail to Wal-Mart regarding Plaintiff's registration and his desire to arbitrate an employment dispute.  Id. at pgs. 5-6.  According to Plaintiff, since Wal-Mart did not accept the arbitration invitation within twenty-four hours of receiving it, he automatically wins regardless of the merits of the case and is entitled to an award of six-hundred billion dollars.  (Doc. 20 at pgs. 2-3).

### 2. Discussion

Plaintiff has moved for enforcement of the arbitration agreement.  Wal-Mart maintains there is no cognizable claim because there was no agreement to arbitrate.

"Under the Federal Arbitration Act, 9 U.S.C. §§ 1-16, [a] dispute must be submitted to arbitration if there is a valid agreement to arbitrate and the dispute falls within the scope of that agreement."  Simmons Foods, Inc. v. H. Mahmood J. Al-Bunnia & Sons Co., 634 F.3d 466, 468 (8th Cir. 2011)(internal quotation marks and citation omitted).  However, a "party who has not agreed to arbitrate a dispute cannot be forced to do so."  Id. at pg. 469 (internal quotation marks and citation omitted).

"[S]tate contract law governs the threshold question of whether an enforceable arbitration agreements exists between litigants."  Donaldson Co., Inc. v. Burroughs Diesel, Inc., 581 F.3d 726,

731-32 (8th Cir. 2009). "Under Arkansas law, a contract must include these essential elements: 1) competent parties, 2) subject matter, 3) legal consideration, 4) mutual agreement, 5) mutual obligations." Bonds v. Hunt, 2010 Ark. App. 415, 2010 WL 1904565 (Ark. App. 2010).

In this case, Plaintiff maintains Wal-Mart accepted the contract by its "act" of replying to his e-mail. Unilateral contracts commonly exist where a reward is offered, a contest is involved, or where changes are made and disseminated in an employee manual. See Aon Risk Services, Inc. v. Meadors, 267 S.W.3d 603, 609 (Ark. App. 2007). In such cases, "the offeree does not accept the offer by express agreement but by his performance. . . . Even though he had not directly communicated his acceptance, a contract is formed as the result of his performance. The performance also constitutes consideration for the contract. Whether a proposal is meant to be an offer for a unilateral contract is determined by the outward manifestations of the parties, and not by their subjective intentions." Id. at 609-10 (citations omitted).

In this case, the terms of the e-mails do not suggest the existence of a contract. The e-mails from Plaintiff are self-serving documents that did not form the basis for any conduct or performance on Wal-Mart's part. A unilateral contract is a promise in exchange for an act. Crawford v. General Contract Corporation, 174 F. Supp. 283, 298 (W.D. Ark. 1959). In this case, Wal-Mart performed no act. It merely replied to two e-mails by directing the Plaintiff to the correct department. It performed no service and Plaintiff made no promise. See Restatement (Second) of Contracts § 71(1)-(2) (2010)("To constitute consideration, a performance or a return promise must be bargained for. A performance or return promise is bargained for if it is sought by the promisor in exchange for his promise and is given by the promisee in exchange for that promise").

### 3.  Conclusion

For the reasons stated, I recommend that Plaintiff's motion to confirm arbitration (Doc. 20) be denied and Wal-Mart's motion for summary judgment as to the arbitration claim (Doc. 22) be granted.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of April 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                    PLAINTIFF

v.                            Case No. 10-3086

WAL-MART STORES ARKANSAS, LLC                                                     DEFENDANT

## ORDER

Now on this 20th day of April 2011, there comes on for consideration the report and recommendation filed herein on April 14, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 39). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 40).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Renewed Motion to Confirm Arbitration Award (doc. 20) is DENIED, and Defendant's Motion for Partial Summary Judgment Related to Arbitration Claim (doc. 22) is GRANTED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 29 2011
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

DAVID STEBBINS                                                                    PLAINTIFF

vs.                                              Case No. 10-3086

WAL-MART STORES, INC.                                                           DEFENDANTS

## NOTICE OF APPEAL

I, David Stebbins, hereby submit the following notice of appeal. The District Court erred in refusing to confirm my arbitration award, and I now wish to appeal this decision, pursuant to 9 U.S.C. § 16(a)(1)(D).

Also, notice that I am applying for leave to proceed in forma pauperis. Please grant this application.

Also, I hereby certify that a true and correct copy of this notice was served on Jeffrey Spillyards, attorney for the Defense, by mailing a copy to 425 West Capitol Ave, Suite 1800, Little Rock, AR 72201, on the 28th day of April, 2011.

It is so declared on this 28th day of April, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 29 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

# Motion and Affidavit for Permission to Appeal In Forma Pauperis

David Stebbins

Appeal No. _____
District Court or Agency No. 10-3086

v.

Wal-Mart Stores, Inc.

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *David Stebbins*    Date: *April 28, 2011*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

---

**My issues on appeal are:**

The District Court erred in ruling that 1) the contract at issue was a unilateral contract, and 2) sending an email is not not an "act" for the purposes of accepting a contract.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $0 | $ |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |

| | | | | |
|---|---|---|---|---|
| Child support | $ 0 | $ ____ | $ 0 | $ ____ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ ____ | $ 0 | $ ____ |
| Disability (such as social security, insurance payments) | $ 674 | $ ____ | $ 674 | $ ____ |
| Unemployment payments | $ 0 | $ ____ | $ 0 | $ ____ |
| Public-assistance (such as welfare) | $ 0 | $ ____ | $ 0 | $ ____ |
| Other (specify): see below | $ 25 | $ ____ | $ 0 | $ ____ |
| Total monthly income: | $ 699 | $ ____ | $ 674 | $ ____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Reliable Heat & Air, LL | 584 Animal Safari Rd, Bra | 05/2009 to 06/2009 | $880 |
| Wendy's | 915 HWY 65, Harrison, AR | 06/2008 to 07/2008 | $500 |
| Wendy's | 2050 N College Ave, Fayett | 04/2008 to 05/2008 | $400 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 131.64

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| First Federal Bank | Checcking account | $ 131.64 | $ 0 |
| | | $ ____ | $ ____ |
| | | $ ____ | $ ____ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

I only have two "assets." One is my car, which is worth $1,750 in mint condition, which it is not in. The other is my computer system, which is collectively worth approximately $300.

Home            (Value)          Other real estate        (Value)          Motor vehicle #1            (Value)

Make & year: 1990 Isuzu ($1,750)

Model: Pickup

Registration #: _____

Motor vehicle #2    (Value)      Other assets             (Value)          Other assets              (Value)

Computer ($300)

Make & year: _____

Model: _____

Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
| --- | --- | --- |
| No dependents |  |  |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
| --- | --- | --- |
| Rent or home-mortgage payment (include lot rented for mobile home) | $192 | $0 |
| Are real-estate taxes included? ☑ Yes  ☐ No | | |
| Is property insurance included? ☐ Yes  ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $30 | $____ |
| Home maintenance (repairs and upkeep) | $0 | $____ |
| Food | $216 | $____ |
| Clothing | $21.60 | $____ |

-3-

Appellate Case: 11-1966   Page: 17   Date Filed: 05/03/2011 Entry ID: 3783614

April 29 2011 p 17

| | | |
|---|---|---|
| Laundry and dry-cleaning | $ 10 | $ _____ |
| Medical and dental expenses | $ 0 | $ _____ |
| Transportation (not including motor vehicle payments) | $ 50 | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 30 | $ _____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 125 | $ _____ |
|     Homeowner's or renter's | $ _____ | $ _____ |
|     Life | $ _____ | $ _____ |
|     Health | $ _____ | $ _____ |
|     Motor Vehicle | $ 125 | $ _____ |
|     Other: _____ | $ 125 | $ _____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): sales taxes | $ ~30 | $ _____ |
| Installment payments | | |
|     Motor Vehicle | $ 0 | $ _____ |
|     Credit card (name): _____ | $ 0 | $ _____ |
|     Department Store (name): _____ | $ 0 | $ _____ |
|     Other: Student loan | $ 30 | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0 | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ _____ |
| Other (specify): _____ | $ 0 | $ _____ |
| **Total monthly expenses:** | $ 734 | $ _____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
☐ Yes  ☑ No          If yes, describe on an attached sheet.

-4-

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

The $25 in "other" income is actually a $300 settlement in Case #10-3041 in the Western District of Arkansas; you wanted the average income over the past year, so I divided it by twelve. That is why I entered "0" in the "expected income for next month" category.

13. *State the address of your legal residence.*

1407 N Spring Rd, APT #5

Harrison, AR 72601

Your daytime phone number: ( 870 ) 204-6024

Your age: 22     Your years of schooling: 15

Your social-security number: 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

-5-

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas - Harrison Division

Civil Case no.3:10CV3086; David Stebbins v. Wal-Mart Stores, Inc.

|  |  |  |
|---|---|---|
| Financial Status: Fee Paid? | Yes ___ | No _X_ |
| If NO, has IFP been granted? | Yes _X_ | No ___ |
| Is there a pending motion for IFP? | Yes ___ | No _X_ |

Are there any other post - judgment motions?   Yes _X_   No ___

Please identify the court reporter.

If no court reporter, please check _X_

Name  _____

Address  _____

_____ Telephone Number _____

**Criminal cases only:**

Is the defendant incarcerated?   Yes _____   No _____

Please list all other defendants in this case, if there were multiple defendants.

_____

**Special Comments**: _____

_____