# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1966
_____

| | |
|---|---|
| **David Stebbins** )<br>　　**Appellant** )<br>)<br>v. )<br>)<br>**Wal-Mart Stores, Inc.** )<br>　　**Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

## MOTIONF OR BRIEFING SCHEDULE

Comes now Appellant David Stebbins, who respectfully submits the following motion for a briefing schedule to be established.

This is a violation of my due process rights. I have the right to an opportunity to be heard. See Canon 3(A)(4) of the Code of Conduct of United States Judges. You are depriving me of that right.

My notice of appeal was deliberately made vague, because I was informed that my actual argument should come later.

Your Honors, I cannot sit by and protest this lack of a briefing schedule. Please change it and admit my briefing into the record... unless you are concerned that I may actually be able to refute your presumption that I should loose. That is the only explanation; you do not want to admit anything from me because you do not want me to convince you that I should win.

Please prove me wrong. Please give me the full opportunity to be heard.

It is so requested on this 3rd day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David Stebbins

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 11-1966

| | | |
|---|---|---|
| **David Stebbins** | ) | |
|     Appellant | ) | |
| | ) | |
| v. | ) | On Appeal from the United States |
| | ) | District Court for the Western |
| **Wal-Mart Stores, Inc.** | ) | District of Arkansas |
|     Appellees | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Plaintiff David A. Stebbins, hereby certify that a true and correct copy of my brief in support of my appeal was served on the Defendants by allowing them to view the Notice of Docket Activity, subject to Local Rule 25B.

David Stebbins