## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/04/2011

**Case Name:**   David Stebbins v. Wal-Mart Stores Arkansas
**Case Number:**  11-1966

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins , w/service 05/04/2011by USCA-8. 14 pages. [3783791] [11-1966]

**The following document(s) are associated with this transaction:**
Document Description:  pro se brief
Document Description:  html notice of docket activity (generated 05/04/2011 08:46:39)
Document Description:  plain text notice of docket activity (generated 05/04/2011 08:46:39)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Jeffrey L. Spillyards: jspillyards@mwlaw.com, jdavis@mwlaw.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com