# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/04/2011

**Case Name:**    David Stebbins v. Wal-Mart Stores Arkansas
**Case Number:**  11-1966

**Docket Text:**
ADDENDUM of APPELLANT filed by Appellant Mr. David Anthony Stebbins. w/service 05/04/2011 by USCA-8. [3783795] [11-1966]

**The following document(s) are associated with this transaction:**
Document Description:  pro se addm

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Jeffrey L. Spillyards: jspillyards@mwlaw.com, jdavis@mwlaw.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com