# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 11-1966

---

| | |
|---|---|
| **David Stebbins** )<br>    **Appellant** )<br>)<br>**v.** )<br>)<br>**Wal-Mart Stores, Inc.** )<br>    **Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

MOTION FOR RECONSIDERATION

Comes now Appellant David Stebbins, who respectfully submits the following motion for rehearing.

You simply dismissed this appeal for "lack of jurisdiction," despite clearly having jurisdiction under 9 U.S.C. § 16(a)(1)(D). Please either accept jurisdiction or explain to me why you lack jurisdiction.

I cannot imagine that my appeal is "completely frivolous and without merit," because that is also another grounds to dismiss in Local Rule 47(a).

Did I make a procedural error? Was there some other kind of document that I should have filed? If that was the problem, I should be granted leniency because I am a pro se litigant. See White v. Walsh, 649 F.2d 560, 561 (8th Cir. 1981), "a court must read a *pro se* [pleading] with great liberality, and that the court is under a duty to examine the complaint to determine if the allegations provide for relief on any possible theory." (internal quotation marks omitted).

If you insist on having this dismissal, at least modify it to be without prejudice, and explain the mistake that I made, so that I can correct it. I should not be deprived of justice

simply because of a procedural error that I am not even aware of.

Thank you, and please respond promptly.

_____/s/ David Stebbin<br>
David Stebbins<br>
1407 N Spring Rd,<br>
APT #5<br>
Harrison, AR 72601<br>
870-204-6024<br>
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1966

_____

| | |
|---|---|
| **David Stebbins** ) | |
|     Appellant ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **Wal-Mart Stores, Inc.** ) | **District of Arkansas** |
|     Appellees ) | |
| ) | |

CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of the motion for reconsideration was served on the appellees by allowing them to view the notice of docket activity on ECF.

                                                        /s/ David Stebbin
                                                         David Stebbins
                                                          1407 N Spring Rd,
                                                                    APT #5
                                                        Harrison, AR 72601
                                                        870-204-6024
                                                   stebbinsd@yahoo.com