# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1966

David Anthony Stebbins

Appellant

v.

Wal-Mart Stores Arkansas, LLC, also known as Wal-Mart Stores, Inc.

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:10-cv-03086-RTD)
_____

## ORDER

Appellant's motion for reconsideration of this court's June 1, 2011, order has been
considered by the court and is denied.

June 02, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans