# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 11-1966

---

| | |
|---|---|
| **David Stebbins** )<br>**Appellant** )<br>)<br>**v.** )<br>)<br>**Wal-Mart Stores, Inc.** )<br>**Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

MOTION TO CLARIFY

Comes now Appellant David Stebbins, who hereby submits the following motion to clarify the appellate court's order dismissing my claim for lack of jurisdiction. Please answer the following questions.

1. On what grounds do you claim lack of jurisdiction, notwithstanding 9 U.S.C. § 16(a)(1)(D)? It is because I should have filed an interlocutory appeal, per FRAP Rule 5? If it is not that, then what is it?

2. If it is because I should have filed an interlocutory appeal, why did not you not specify that in your original order? And why does that necessarily deprive you of jurisdiction?

3. Is the dismissal without prejudice? Can I refile it again, either once the litigation has run its course, or can I refile it right now, if I comply with FRAP Rule 5?

4. If I filed a FRAP Rule 5 petition for leave to appeal, would it be granted? Appealing a District Court order denying confirmation of an arbitration award is supposed to be taken as a matter of right. Therefore, as long as I comply with FRAP Rule 5, can you give me confirmation that my petition for permission to appeal *will* be granted?

Wherefore, I respectfully pray that you answer these questions honestly and promptly.

_____/s/ David Stebbin  
David Stebbins  
1407 N Spring Rd,  
APT #5  
Harrison, AR 72601  
870-204-6024  
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1966
_____

| | |
|---|---|
| **David Stebbins** )<br>    **Appellant** )<br>)<br>v. )<br>)<br>**Wal-Mart Stores, Inc.** )<br>    **Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of my motion to clarify was served on the appellees by allowing them to view the notice of docket activity on ECF, per Local Rule 25B.

_____/s/ David Stebbin
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
