# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1966

David Anthony Stebbins

Appellant

v.

Wal-Mart Stores Arkansas, LLC, also known as Wal-Mart Stores, Inc.

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:10-cv-03086-RTD)
_____

**ORDER**

Appellant's motion to clarify the court's Judgment of 6/01/11 has been considered by the court and is denied.

June 09, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans