# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 11-1966

---

| | |
|---|---|
| **David Stebbins** )<br>    **Appellant** )<br>)<br>v. )<br>)<br>**Wal-Mart Stores, Inc.** )<br>    **Appellees** )<br>) | On Appeal from the United States<br>District Court for the Western<br>District of Arkansas |

PETITION FOR EN BANC HEARING

Comes now Appellant David Stebbins, who hereby submits the following petition for the United States Court of Appeals for the Eighth Circuit en banc to review the decision of the three-judge panel in this case.

1. Per FRAP Rule 5(b)(1)(A), I hereby submit the following facts necessary to understand the questions:

    A) On April 27, 2011, I filed a notice of appeal with the United States District Court for the Western District of Arkansas, announcing my intention to appeal the District Court order denying confirmation of an arbitration award in Case No. 10-3086.

    B) On June 1, 2011, the three judge panel unanimously dismissed my case for lack of jurisdiction. No explanation, whatsoever, was given for the dismissal.

    C) On June 9, 2011, my humble motion for clarification of the dismissal was denied, again, without explanation.

2. Per FRAP Rule 5(b)(1)(B), I hereby submit the following questions:

    A) Does the United States Court of Appeals for the Eighth Circuit have jurisdiction in

this case?

    B) Should the panel of three judges have dismissed the case for lack of jurisdiction, without even reaching the merits of the case?

3. Per FRAP Rule 5(b)(1)(C), I request that the three-judge panel's dismissal be reversed and remanded with instructions for the appeal to be heard on its merits.

4. In compliance with FRAP Rule 5(b)(1)(D), I hereby submit the following statement for why the court should grant me permission to file this appeal.

    A) The dismissal is not likely made in good faith. It is probably more because the issue I am appealing is uncomfortable, rather than anything to do with an actual lack of jurisdiction. This is evidenced by a variety of circumstantial evidences.

        i. No explanation whatsoever was given for the conclusion that the court lacked jurisdiction, even after my request for details. Why would they refuse to provide any details? Is it because they just don't feel like it? Not likely; I think a much more likely explanation is that there are no details that can be provided. This is especially true when the court denied my honest motion to clarify their dismissal, notwithstanding the presence of what I believe to be legitimate questions that should be answered.

        ii. This case had the exact same three judges (Diana Murphy, Michael Melloy, and Raymond Gruender) as in Case No. 11-1977. In Paragraph 4(a)(i) of my petition for an en banc hearing in that case, I mentioned that they accepted jurisdiction at first, only to deny it, later. Since it is the same three judges, I imagine that their mindsets are identical for both cases.

    B) Not only is the appeal likely not taken in good faith, but it outright conflicts with

binding precedent. In the case of Cicle v. Chase Bank USA, 583 F.3d 549, 553 (8th Cir. 2009), the appellants were appealing a District Court order denying a motion to compel arbitration and stay the proceedings. This appeal was also taken in accordance with 9 U.S.C. § 16(a) (§ 16(a)(1)(A)-(B) to be exact), but the court still accepted jurisdiction to hear the appeal, despite there being no significant procedural differences between that case and this one.

C) Furthermore, I am not asking you to reverse the District Court's decision... yet. I am asking you to require the three judge panel to hear the appeal on its merits. If my case is without merit, then the three judge panel should have nothing to fear regarding hearing the appeal on its merits.

D) The United States has a strong federal policy favoring arbitration. Therefore, the court should take any opportunity it can to review an arbitration-related issue on the merits.

Wherefore, I respectfully pray that you reverse the decision of the three-judge panel in this case and remand back to the three-judge panel with instructions to hear the appeal on its merits.

It is so requested, on this 8th day of June, 2011.

_____/s/ David Stebbin
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1966
_____

| | |
|---|---|
| **David Stebbins** )<br>　　Appellant )<br> )<br>v. )<br> )<br>**Wal-Mart Stores, Inc.** )<br>　　Appellees )<br> ) | On Appeal from the United States<br>District Court for the Western<br>District of Arkansas |

CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of my petition for an en banc hearing was served on the appellees by allowing them to view the notice of docket activity on ECF, per Local Rule 25B.

　　　　　　　　　　　　　　　　_____/s/ David Stebbin
　　　　　　　　　　　　　　　　　　　　　　　　David Stebbins
　　　　　　　　　　　　　　　　　　　　　　　　1407 N Spring Rd,
　　　　　　　　　　　　　　　　　　　　　　　　APT #5
　　　　　　　　　　　　　　　　　　　　　　　　Harrison, AR 72601
　　　　　　　　　　　　　　　　　　　　　　　　870-204-6024
　　　　　　　　　　　　　　　　　　　　　　　　stebbinsd@yahoo.com