# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1966
_____

| | |
|---|---|
| **David Stebbins** ) | |
|     **Appellant** ) | |
| ) | |
| v. ) | **On Appeal from the United States** |
| ) | **District Court for the Western** |
| **Wal-Mart Stores, Inc.** ) | **District of Arkansas** |
|     **Appellees** ) | |
| ) | |

## MOTION TO STAY MANDATE

Comes now *pro se* Appellant David Stebbins, who respectfully submits the following motion to stay the mandate in the above case, pending a petition for writ of ceriteroi before the Supreme Court.

I intend to present before the Supreme Court the question of whether or not this court has jurisdiction to hear the appeal. This is a substantial question and thus warrants a stay of the mandate.

It is so requested on this 20th day of July, 2011.

                                                            /s/ David Stebbins  
                                                           David Stebbins  
                                                           1407 N Spring Rd,  
                                                           APT #5  
                                                           Harrison, AR 72601  
                                                           870-204-6024  
                                                           stebbinsd@yahoo.com

**United States Court of Appeals**
FOR THE EIGHTH CIRCUIT

_____

No. 11-1966
_____

| | |
|---|---|
| **David Stebbins** )<br>    **Appellant** )<br>)<br>v. )<br>)<br>**Wal-Mart Stores, Inc.** )<br>    **Appellees** )<br>) | **On Appeal from the United States**<br>**District Court for the Western**<br>**District of Arkansas** |

**CERTIFICATE OF SERVICE**

I, Appellant David Stebbins, hereby certify that a true and correct copy of my motion to stay the mandate was served on the Defendants by allowing them to view the Notice of Docket Activity on ECF.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com
