# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1966

_____

| | |
|---|---|
| **David Stebbins** ) <br>     **Appellant** ) <br> ) <br> v.    ) <br> ) <br> **Wal-Mart Stores, Inc.** ) <br>     **Appellees** ) <br> ) | On Appeal from the United States <br> District Court for the Western <br> District of Arkansas |

NOTICE OF CERTEROI PETITION FILING

Comes now Appellant David Stebbins, who hereby who hereby notifies the circuit clerk that a petition for writ of certeroi was mailed to the Supreme Court, and that the Appellees have also received a copy of the petition.

_____/s/ David Stebbin
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

CERTIFICATE OF SERVICE

I, Appellant David Stebbins, hereby certify that a true and correct copy of my notice of petition filing was served